ANGELA FITZGERALD, Respondent, *v.* LEWIS A. LADA-BOUCH et al., Appellants.

Argued March 1, 1938; decided March 15, 1938.

*John H. Broderick* and *Henry S. Bayly* for appellants.
*J. Clarence Herlihy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.